UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 22-07899
MICHAEL A WILLIAMS )
)  Chapter: 13
)
)  Honorable Jacqueline P Cox
)
)
Debtor(s) )

**ORDER DETERMINING THAT DEBTOR IS NOT ENTITLED TO DISCHARGE**

This matter coming before the court on Trustee's Motion to Dismiss, to determine that debtor is not entitled to a discharge, proper notice having been given, and the court being fully advised in the premises.

It is hereby ordered, that pursuant to 11 U.S.C. § 1328 (f), the following debtor or debtors are not entitled to a discharge in this case:

MICHAEL A WILLIAMS

Enter:  *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:  September 12, 2022

**Prepared by:**

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900