IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ) | | Chapter 13 |
| Michael A Williams ) | | |
| ) | | Case No.  22-07899 |
| ) | | |
| Debtor(s). ) | | Honorable Jacqueline P. Cox |

### NOTICE OF MOTION

TO:    Trustee, Thomas H. Hooper, via electronic court notification;

See attached Service List, served via U.S. Mail.

    PLEASE TAKE NOTICE that on July 31, 2023 at 9:00 A.M., I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in that judge's place, **either** in courtroom 680 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn St., Chicago, IL 60604, **or** electronically as described below, and present the Motion to Vacate Payroll Control Order, a copy of which is attached.

    **Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is: 161 273 2896 and the passcode is 778135. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

    /s/ *David H. Cutler*
    David H. Cutler, ESQ
    Attorney for Debtor(s)
    Cutler & Associates Ltd.

4131 Main St.<br>
Skokie IL 60076<br>
(847) 673-8600

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he served a copy of this notice and the attached motion on the Trustee by electronic court notice and on all creditors via the attached service list on July 20, 2023.

/s/ <em>David H. Cutler</em><br>
David H. Cutler, ESQ

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ) | | Chapter 13 |
| Michael A Williams ) | | |
| ) | | Case No. 22-07899 |
| ) | | |
| Debtor(s). ) | | Honorable Jacqueline P. Cox |

**MOTION TO VACATE PAYROLL CONTROL ORDER**

NOW COMES the Debtor, Michael A Williams, by and through his attorneys, Cutler and Associates, Ltd., and moves this court to vacate the Payroll Control Order entered on August 24, 2022, [doc. 19], and in support thereof state as follows:

1. On July 15, 2022 the Debtor filed a petition under Chapter 13 of Title 11 U.S.C.

2. Debtors Plan was confirmed on December 5, 2022.

3. Debtor wishes to make direct payments to the Trustee to better manage his finances.

WHEREFORE Debtor, Michael A Williams, prays that this honorable court enter an order vacating the Payroll Control Order dated August 24, 2022 [doc. 19] (Exhibit A).

By:  /s/ *David H. Cutler*
David H. Cutler, ESQ
Attorney for Debtor(s)
Cutler and Associates, Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

3